NADIA BERMUDEZ (SBN 216555)
RODRIGO E. GUEVARA (SBN 269288)
GARCIA, HERNÁNDEZ, SAWHNEY & BERMUDEZ, LLP
625 Broadway, Suite 1400
San Diego, California 92101
(619) 564-8400- Telephone
(619) 564-8404- Facsimile

JS-6

Attorneys for Defendant ROBERT GRIEGO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF IRWINDALE, a municipal corporation,<br><br>        Plaintiff,<br><br>v.<br><br>ROBERT GRIEGO, an individual, and DOES 1 through 25, inclusive,<br><br>        Defendant. | Case No.: CV 13-3607-MWF(RZx)<br><br>**ORDER**<br><br>Removed from State Court: 5/20/13 |

Good cause appearing, IT IS ORDERED THAT:

1.      This action immediately be remanded to the Los Angeles County Superior Court, Central District;

2.      Each Party shall bear his/her/its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action; and

3.      This Stipulation moots all pending motions before this Court, and all pending deadlines and hearings in this case shall be taken off the Court's calendar.

Dated: June 5, 2013

_____
MICHAEL W. FITZGERALD
U. S. DISTRICT COURT JUDGE

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CV13-03607-MWF (RZx)
[Proposed] Order Thereon